In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands Required for the Widening of East 161st Street in the Borough of The Bronx.

THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

*Tax — assessment — condemnation proceedings — street widening — inclusion within area of assessment for benefit of lands owned by railroad and used as railroad yard.*

*Matter of City of New York (East 161st Street)*, 213 App. Div. 865, affirmed.

(Argued October 6, 1925; decided October 20, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1925, which affirmed an order of Special Term confirming the report of the commissioner of assessment in condemnation proceedings to acquire title to real property for the widening of a street. The question was whether it was proper to include within the area of assessment for benefit lands owned by a railroad corporation and used as a railroad yard.

*Frederick L. Wheeler* and *Alexander S. Lyman* for appellant.

*George P. Nicholson, Corporation Counsel (Joel J. Squier* and *William B. R. Faber* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.